UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 24-10109-B-13 |
| **FELIPE GUTIERREZ BUENDIA & ARACELI** | § | |
| **GARCIA DE LA ROSA** | § | |
| | § | Chapter 13 |

**TRUSTEE'S NOTICE OF PLAN PAYMENT ADJUSTMENT**
**(BASED ON RULE 3002.1 NOTICE)**

On March 5, 2025, FREEDOM MORTGAGE CORPORATION filed a Rule 3002.1 Notice at ECF #43. Effective **April 2, 2025**, the plan payment to the trustee is adjusted:

| | | |
|---|---|---|
| 1 | Monthly amount claimed in Rule 3002.1 Notice | $1,236.69 |
| 2 | Prior monthly amount | $1,199.18 |
| 3 | Difference (line 1 minus line 2) | $37.51 |
| 4 | Remaining number of months for new payment | 52 |
| 5 | Total difference for payee payment (line 3 times line 4) | $1,950.52 |
| 6 | Number of months for new plan payment | 52 |
| 7 | Change in monthly payment (line 5 divided by line 6) | $37.51 |
| 8 | Posted Chapter 13 Trustee Fee percentage | 10.00 |
| 9 | Change in Chapter 13 Trustee fee (line 7 multiplied by line 8) | $3.75 |
| **10** | **Total Change in Monthly Payment (line 7 plus line 9)** | **$41.26** |
| 11 | Monthly payment in confirmed plan | $2,150.00 |
| **12** | **New Monthly payment to trustee (line 10 plus line 11)** | **$2,191.26** |

DATE:  March 27, 2025

/s/   YVONNE V. VALDEZ
YVONNE V. VALDEZ
CHAPTER 13 TRUSTEE
539 N. Carancahua, Suite 800
Corpus Christi, TX  78401-0823
(361) 883-5786

#746

## CERTIFICATE OF SERVICE

I hereby certify that on or about March 27, 2025, a copy of the foregoing Notice of Adjustment to Plan Payment was served electronically or by United States Postal Service to the Debtors and the Debtors' Counsel and all parties listed below:

### Debtors

FELIPE D GUTIERREZ BUENDIA AND ARACELI GARCIA DE LA ROSA
3487 BRASILIA
BROWNSVILLE, TX  78526

### Attorney for Debtors

MARCOS D OLIVA PC (B)
223 W NOLANA
MCALLEN, TX  78504

### Parties Requesting 2002 Notice

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
PO BOX 17428
AUSTIN, TX  78760-7428

PERDUE BRANDON FIELDER COLLINS & MOTT
PO BOX 2916
MCALLEN, TX  78502

/s/   YVONNE V. VALDEZ

YVONNE V. VALDEZ, TRUSTEE

#746